JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN R. H., | Case No. 2:23-cv-02722-FLA (SSC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is affirmed, consistent with the Report and Recommendation.

DATED: July 5, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge